UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday January 20, 2004
2:45 p.m.

CASE NO. **3:01cv2239 MRK**    **Grossi v. Rimi**

Lewis D. Brey
Spitzer & Brey
239 Main Street
Westport, CT 06880


Joseph M. Brophy
8 Myrtle Avenue, P.O. Box 5
Westport, CT 06880


Huma Khan
Spitzer & Brey
239 Main Street
Westport, CT 06880

STATUS CONFERENCE HELD
DATE: 1/20/04

20 min.

Bernice R. Kosowsky
1234 Summer St.
Ste. 411
Stamford, CT 06905


Vlad Gerard Spitzer
Spitzer & Brey
239 Main Street
Westport, CT 06880


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK