UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grossi

V.                                    Case Number:  3:01cv2239 MRK

Rimi

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on <u>March 19, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on April 18, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at New Haven, Connecticut, March 22, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk